# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS
# DALLAS DIVISION

| | | |
|---|---|---|
| CHARLIE ROSE NICHOLS F/K/A SHERI LYNN SMITH | § § § § | |
| Plaintiff, | § | |
| vs. | § | Civil Action No. 3:17-CV-02096-M-BH |
| | § | |
| WELLS FARGO BANK, N.A. | § § | |
| Defendant. | § | Referred to U.S. Magistrate Judge |

## ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

After reviewing the Findings, Conclusions, and Recommendation of the United States Magistrate Judge for plain error, I am of the opinion that the Findings and Conclusions of the Magistrate Judge are correct and they are accepted as the Findings and Conclusions of the Court.

*Defendant's Motion to Dismiss*, filed September 21, 2017 (doc. 8), is **GRANTED.** By separate judgment, all of the plaintiff's claims against the defendant will be **DISMISSED with prejudice.**

**SIGNED** this 10th day of May, 2018.

BARBARA M. G. LYNN
CHIEF JUDGE